SEALED COPY
E-FILED
Wednesday, 20 August, 2008 01:58:58 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 20 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 08- 10068 |
| ) | |
| JUMAR A. HOUSE, ) | VIO: 18 U.S.C. §§922(a)(6) and §2 |
| ) | 18 U.S.C. §922(g) |
| Defendant. ) | |

## INDICTMENT

### Count 1

The Grand Jury charges:

On or about October 17, 2006, in Peoria County, within the Central District of Illinois, the defendant,

**JUMAR A. HOUSE,**

did knowingly aid and abet another person who knowingly made a false statement in connection with the acquisition of a firearm, a Century Arms, 7.62 x 39mm rifle, from a licensed dealer, that is to the question: Are you the actual buyer of the firearm(s) listed on this form?, the other person answered "yes", which false statement was intended and likely to deceive the dealer with respect to a material fact as to the lawfulness of the sale of said firearm.

In violation of Title 18, United States Code, Section 922(a)(6) and 2.

## Count 2

During November 2006, in Peoria County, in the Central District of Illinois, the defendant,

**JUMAR A. HOUSE,**

did knowingly possess a firearm, a Century Arms, 7.62 x 39mm rifle, which had previously traveled in interstate commerce, the defendant having been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

## Count 3

On or about September 25, 2007, in Peoria County, in the Central District of Illinois, the defendant,

**JUMAR A. HOUSE,**

did knowingly possess firearm ammunition, 7.62 x 39mm bullets, which had previously traveled in interstate commerce, the defendant having been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

A True Bill,
s/ Foreperson

Foreperson

s/John Campbell

RODGER A. HEATON
UNITED STATES ATTORNEY

BWM/ksr

2