E-FILED
Monday, 25 August, 2008 03:37:38 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>) |
| | ) CASE NO. **08-10068**<br>) |
| **Jumar A. House**<br>Defendant | )<br>)<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial

At **3:00 PM on Friday, October 10, 2008.**

This matter is set for Jury Trial at **8:30 A.M. on Monday, October 27, 2008**

at

[ X ] Peoria, Illinois

[ ] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 25th day of August, 2008.

_s/ John A. Gorman_

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

CR scheduling order MMM.FRM