**E-FILED**
Friday, 29 August, 2008 12:00:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

RECEIVED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** 2008 AUG 21 A 6: 28 |
| Plaintiff | ) | |
| | ) | US MARSHAL SERVICE |
| *vs* | ) | CENTRAL ILLINOIS |
| | ) | **CASE NO. 08-10068-001** |
| **JUMAR A. HOUSE** | ) | |
| | ) | |
| **Bellwood, IL** | ) | **FILED** |
| Defendant | ) | AUG 2 9 2008 |

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:     THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Jumar A. House,* and bring him *forthwith to the nearest magistrate judge to answer an Indictment charging him with Making False Statement in Connection with Acquisition of a Firearm (Count 1) in violation of Title 18 , United States Code, Section(s) 922(a)(6) and 2; Felon in Possession of a Firearm (Count 2) in violation of Title 18, USC 922(g) and Felon in Possession of Ammunition (Count 3) in violation of Title 18 USC 922(g).*

*Pamela E. Robinson*

**PAMELA E. ROBINSON**
Name of Issuing Officer

s/ C. Lambie

___
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

8/20/2008 - Peoria, IL
Date and Location

**Bail fixed at $ <u>No Bond</u> by Judge Michael M. Mihm.**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at *Peoria* | | |
| Date Received 08/21/08 | Name of Arresting Officer *J Hobbs* | Signature of Arresting Officer s/ Officer |
| Date of Arrest 08/28/08 | Title of Arresting Officer *ATF* | |